THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Heyward Robinson, Appellant.
 
 
 

Appeal From Orangeburg County
 Howard P. King, Circuit Court Judge
Unpublished Opinion No.  2009-UP-031
Submitted January 2, 2009  Filed January
 14, 2009  
AFFIRMED

 
 
 
 Deputy Chief Appellate Defender for Capital Appeals Robert M.
 Dudek, of Columbia, for Appellant. 
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Michelle J. Parsons, all of Columbia; and Solicitor David
 Michael Pascoe, Jr., of Orangeburg, for Respondent.
 
 
 

PER CURIAM:  Heyward
 Robinson appeals his conviction for attempted armed robbery arguing the trial
 court erred in refusing to direct a verdict on the armed robbery charge because
 the State did not present direct or substantial circumstantial evidence of his
 participation in the crime.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  State v.
 Fennell, 340 S.C. 266, 270, 531 S.E.2d 512, 514 (2000) (holding in
 reviewing the denial of a motion for a directed verdict by the defendant, the
 evidence is viewed in the light most favorable to the State); State v.
 Pinckney, 339 S.C. 346, 349, 529 S.E.2d 526, 527 (2000) (holding if any
 direct evidence or substantial circumstantial evidence reasonably tends to
 prove the guilt of the accused, the appellate court must find the case was
 properly submitted to the jury); State v. Morgan, 282 S.C. 409, 411, 319
 S.E.2d 335, 336 (1984) (holding when ruling on a motion for a directed verdict
 in a criminal case, the trial court is concerned with the existence or
 non-existence of evidence, not its weight).  
AFFIRMED.
HUFF,
 THOMAS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.